Certificate Number: 17082-MA-DE-026651047

Bankruptcy Case Number: 15-14315



17082-MA-DE-026651047

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2015, at 6:43 o'clock PM MST, JOEL TENENBAUM completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:  December 9, 2015                By:  /s/Orsolya K Lazar

                                       Name:  Orsolya K Lazar

                                       Title:  Executive Director