UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Joel N. Tenenbaum<br>Debtor, | Chapter: 7<br>Case No: 15–14315<br>Judge Melvin S. Hoffman |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hereby **ORDERED** that John O. Desmond, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date: 3/1/16

By the Court,

<u>Melvin S. Hoffman</u>
U.S. Bankruptcy Judge